**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 516 EAL 2017
:
           Respondent : 
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
         v. : **Order** of the Superior Court at No.
: 811 EDA 2015 entered on October
: 18, 2017, **affirming** the Order of the
RICHARD ISAAC, : Philadelphia County Court of Common
: Pleas at No. CP-51-CR-0012115-
         Petitioner : 2014 entered on March 12, 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and the matter is **REMANDED** to the Superior Court with instructions to remand to the trial court to grant Petitioner's motion to dismiss pursuant to this Court's decision in *Commonwealth v. Perfetto*, ___A.3d ___, 2019 WL 1866653 (Pa. April 26, 2019).